**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

BETTY BENGE (CAMPBELL),

    Plaintiff,

Vs.                                                          No. 3:14-cv-00305

NATIONAL LLOYDS INSURANCE COMPANY,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

    COME NOW all parties to this action and inform the Court that all matters at issue in this case have been resolved by way of compromise. Therefore, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action against the Defendant, National Lloyds Insurance Company, with prejudice. Counsel for the parties in this matter have signed a stipulation showing that all parties are in agreement, that the dismissal shall be with prejudice, and that no party will seek discretionary costs, attorney's fees, or expenses.

                              Respectfully submitted,

                              PRYORPARROTT PC

                              By:    s/ Vic Pryor
                                     VIC PRYOR (BPR #012217)
                                     Attorney for Plaintiff
                                     P. O. Box 103
                                     Jacksboro, Tennessee 37757
                                     (423) 907-0907

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: ___s/ Keely N. Wilson___
      JONATHAN D. STEWART, BPR #023039
      KEELY N. WILSON, BPR #021083
      Attorneys for Defendant
      209 East Main Street
      P. O. Box 1147
      Jackson, TN 38302-1147
      (731) 423-2414